*E-FILED - 3/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES E. WOODS, | ) | No. C 10-5914 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN R. GROUNDS, | ) | |
| | ) | |
| Respondent. | ) | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim.

IT IS SO ORDERED.

DATED: 3/2/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.10\Woods914jud.wpd